FRANK M. McCURDY Co., INC., Plaintiff, v. PAUL P. IHRIG, Appellant; BERNARD GERLA and JOSEPH GERLA, Respondents.— Order and order as amended denying motion of defendant Ihrig to substitute respondents in his place and to discharge him from liability upon payment into court of the amount claimed in the complaint affirmed, in so far as appealed from, with ten dollars costs and disbursements, with leave to defendant Ihrig to anwer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young and Scudder, JJ., concur; Kapper and Hagarty, JJ., dissent and vote to reverse.

HARRIET E. MURRAY and Others, Respondents, v. RUBEL COAL AND ICE CORPORATION, Now Known as RUBEL CORPORATION, Appellant.— Order denying defendant's motion to strike case from calendar affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

DOROTHY NORTON, Respondent, v. GEORGE KREMER, SR., and GEORGE KREMER, JR., Appellants.— Order denying motion to dismiss complaint for lack of prosecution affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

MINA S. ORR, as Administratrix, etc., of JOHN ORR, Deceased, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that there is no substantial difference between the present record and that before us on the previous appeal, when we decided (231 App. Div. 763) that the evidence presented questions of fact for submission to the jury, and it necessarily results that the motion to dismiss the complaint should not have been granted. Lazansky, P. J., Young, Kapper and Davis, JJ., concur; Carswell, J., concurs although adhering to his views indicated on the prior appeal.

FERDINAND H. PFALTZ, Respondent, v. WILLIAM L. THOMPSON and Others, Copartners Composing the Firm of OTIS & COMPANY, Appellants.— Judgment and order affirmed, with costs. No opinion. Young, Kapper and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent upon the ground that the admission of Exhibit 6 over objection and exception was harmful error.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS C. MARTIN, Appellant.— Judgment of conviction of the County Court of Richmond county reversed upon the law, indictment dismissed, defendant discharged and direction for payment canceled. In our opinion, there was no evidence to justify a finding by the jury that the defendant's failure to support his minor children was willful, but, on the contrary, the undisputed testimony is that during the period covered by the indictment the defendant was out of work and could not obtain employment and had no income. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD SCHLENGER, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.